# United States District Court

NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C.  Atlanta

JAN 13 2011

JAMES N. HATTEN, Clerk

By. _____ ) Deputy Clerk

UNITED STATES OF AMERICA

v.

THOMAS L. WEBB

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:11-MJ-0037

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>January 8, 2011,</u> in <u>Fulton</u> County, in the Northern District of Georgia defendant,

through the use of the telephone, an instrument of interstate commerce, willfully made a threat concerning an attempt or alleged attempt being made, to kill, injure, or intimidate individuals and to unlawfully damage and destroy a building by means of fire or an explosive, by stating he had placed a bomb in a hotel,

in violation of Title <u>18</u> United States Code, Section <u>844(e)</u>.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof.          (x ) Yes ( ) No

Signature of Complainant
Jason L. Cleary

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

<u>January 13, 2011</u>          at     <u>Atlanta, GA</u>
Date                                          City and State

Alan J. Baverman
<u>United States Magistrate Judge</u>
Name and Title of Judicial Officer          Signature of Judicial Officer
AUSA Katherine M. Hoffer

## AFFIDAVIT

I, JASON L. CLEARY, being duly sworn, hereby state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so employed since April 2010.  I am assigned to the domestic terrorism squad at the Atlanta office.  Before working for the FBI, I was an operations manager with two Fortune 500 companies and a Non-Commissioned Officer in the United States Army.

2.      My experience as an FBI agent has included the investigation of cases involving bomb threats, sovereign citizen and militia groups.  I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, informant operations, and various other criminal laws and procedures. I have personally participated in the execution of arrest warrants.

3.      This affidavit supports an application for an arrest warrant of Thomas L. Webb, date of birth June 23, 1953.  As developed below, there is probable cause to believe that Webb committed a violation of  18 U.S.C. § 844e (bomb threat).

4.      The following is based upon information and belief, the source and basis of that information and belief being information obtained from investigation conducted personally and by other law enforcement agents, who are able to provide this information to the Affiant of this affidavit under the collective knowledge doctrine.

5.     On Monday, 01/10/2011, an employee, "B.E.," of Southern Motor Carriers (SMC), located at 500 Westpark Drive, Peachtree City, Georgia 30269, retrieved a voice mail message containing a bomb threat directed at the Ramada Rennaisance Hotel in Atlanta where the United States Secretary of Transportation is scheduled to speak on Tuesday, 01/18/2011.

6.     In the message, which was left on Saturday, 01/08/2011, the caller identified himself as Tom Webb of Webb Consulting, and provided call back numbers 404-881-0519, 404-409-0990, and 404-772-4273. "J. M," President and CEO of SMC, called to report the threat to Peachtree City police, who later reported the threat to the Atlanta Division FBI. According to the complainant, the caller ID on the call verifies that the phone call came from 404-881-0519.

7.     The public access database, CLEAR, indicates the number, 404-881-0519, is associated with Thomas Webb, date of birth June 23, 1953, residing in Atlanta, Georgia. The complainant confirms that this is the same address they have on record for Webb.

8.     SMC is sponsoring a conference at the Ramada Renaissance hotel and has invited the United States Secretary of Transportation to speak on Tuesday, January 18, 2011. Tom Webb Consulting is a marketing company which was contracted by SMC to assist in calling attendees of a previous conference to speak to them about the upcoming event. J. M. stated that Tom Webb "backed out" of the contract, but that Webb was still insisting on being paid $400.00.

9.     During the threat message, Webb stated, "Now you have the Secretary of Transportation for Obama coming in there for your event. Well, we set a bomb

yesterday, so I wouldn't think you would want to bring your family and kids; something's gonna blow up."

10.     Webb made three calls to SMC where he identified himself by name, company, and multiple contact phone numbers, including 404-881-0519.

11.     The caller who made the threat used a telephone number associated with Webb and identified himself as Webb.  The caller expressed knowledge unique to Webb and his situation: identifying that SMC owed him $400.00; the Secretary of Transportation was scheduled to speak; familiarity with the circumstances surrounding the event; and familiarity with personnel that work for SMC.

12.     Based upon the information above, probable cause exists that Thomas L. Webb committed the violation of 18 U.S.C. § 844e (willfully making a bomb threat to blow up a hotel, through means of the telephone, an instrument of interstate commerce).